169 So. 915

**Paul WORTHAM v. STATE.**

5 Div. 15.

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.
Appeal abated by death of appellant.

164 So. 927

**W. T. RAWLEIGH CO. v. W. D. FINCH.**

1 Div. 136.

Court of Appeals of Alabama.
Nov. 14, 1935.

Tucker & Mabry, of Grove Hill, for appellant.

Adams & Gillmore, of Grove Hill, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

167 So. 926

**George WYNN v. STATE.**

4 Div. 217.

Court of Appeals of Alabama.
April 7, 1936.

RICE, Judge.
Appeal dismissed.

170 So. 924

**Willie WYNN v. CITY OF TUSCALOOSA.**

6 Div. 989.

Court of Appeals of Alabama.
Nov. 27, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.

165 So. 924

**Stewart YOUNG v. STATE.**

7 Div. 199.

Court of Appeals of Alabama.
Jan. 21, 1936.

RICE, Judge.
Affirmed.

171 So. 927

**Willie Lee YOUNG v. STATE.**

6 Div. 984.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Affirmed.